# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| 6 | 1N6BA 07B17 N2293 60 | Z | 2007 | NIS | TIT | PKUP |

| TYPE OF TITLE | DUPLICATE NO. | GVW/WC/LGTH. | COLOR/MT/HP | DEALER I.D. | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 06521 | GY | 04373U | 2 | |

| FEE | ISSUE DATE | VIN-REPLACEMENT | | MILEAGE | STATUS |
|---|---|---|---|---|---|
| 85.00 | 04-11-2014 | | | 96175 | A |

F-FLOOD   S-SALVAGE
P-POLICE  T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE MECHANICAL LIMITS

OWNER(S)
DAYMAR A HARPER
169 NORTH AVE
CEDARVILLE    NJ 08311 2229
1023-1100

NUMBER OF OWNERS: 1
NUMBER OF LIENHOLDERS: 1

OWNER DL/CC #: H0654 15761 09862

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

CONTROL NUMBER: AP435246

### State of New Jersey
MOTOR VEHICLE COMMISSION

SECOND LIENHOLDER
DATE

FIRST LIENHOLDER
DATE 04-11-2014
54434 75192 12240
MARINER FINANCE LLC
3301 BOSTON STREET
BALTIMORE    MD 21224

LIEN RELEASED BY:
SIGNATURE _____
SECOND RELEASE
TITLE _____ DATE _____

LIEN RELEASED BY:
SIGNATURE _____
FIRST RELEASE
TITLE _____ DATE _____

ISM/SS-1 (R9/10)             RR  VL20141010479

**ALTERATION OR ERASURE VOIDS THIS TITLE.    KEEP IN SAFE PLACE**

**VOID IF ALTERED**

---

↑ FOLD AND TEAR AT PERFORATION ↑

THIS IS A RECEIPT DOCUMENT ONLY

```
VIN:  6  1N6BA07B17N229360   Z   MILEAGE: 96175 A  DUP:       STATUS:
NIS   2007  PKUP   TIT    GY    06521 AXLE:2    DEALER ID:04373U
H0654 15761 09862                   TITLE I   :      85.00
DAYMAR A HARPER                     SALES TAX :
169 NORTH AVE                       LFIS      :       0.00
CEDARVILLE   NJ 08311 2229          TOTAL (K) :      85.00
RR VL20141010479     85.00 I STANDARD

                                    LIENHOLDER(S)
                                    54434 75192 12240
                                    MARINER FINANCE LLC
```

STATE OF NEW JERSEY                                      CUSTOMER COPY

AP435246