STEVEN P. KELLY, ESQ.,
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407,
CHERRY HILL, NEW JERSEY 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re: | Chapter 13 |
|---|---|
| Lamark Mack aka Lamark Mack, Sr. and Coretta L Mack aka Coretta L Harper | Case Number: 17-14718-JNP |
| Debtor(s) | Judge: Jerrold N. Poslusny, Jr. |
| | Hearing: August 16, 2017 at 9:00 AM |

### **CERTIFICATE OF SERVICE**

I, STEVEN P. KELLY, ESQ., hereby certify that a true and correct copy of the within Objection to the Chapter 13 Plan of MTGLQ Investors, L.P., together with Order and this Certificate, was sent to the Debtors, Debtors' Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Isabel C. Balboa
Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002

Seymour Wasserstrum, Esquire
205 Landis Avenue, Vineland, NJ 08360

Lamark Mack aka Lamark Mack, Sr. and Coretta L Mack aka Coretta L Harper
169 North Ave, Cedarville, NJ 08311

|  |  |
|---|---|
| Date: July 11, 2017 | Stern & Eisenberg, PC<br>By: /s/ Steven P. Kelly, Esq.<br>Steven P. Kelly, Esq.,<br>1040 N. Kings Highway, Suite 407<br>Cherry Hill, NJ 08034<br>Phone: (609) 397-9200<br>Fax: (856) 667-1456<br>Bar Number: 010032010<br>Email: skelly@sterneisenberg.com |

Service List:

| Name and Address of Party(ies) Served | Relationship of Party(ies) to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br><span style="font-size:smaller">Unless not a participant in ECF</span><br>☐ Other:_____<br>(as authorized by the Court*) |
| Seymour Wasserstrum, Esquire<br>205 Landis Avenue<br>Vineland, NJ 08360 | Debtor Counsel | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br><span style="font-size:smaller">Unless not a participant in ECF</span><br>☐ Other:_____<br>(as authorized by the Court*) |
| Lamark Mack aka Lamark Mack, Sr.<br>and<br>Coretta L Mack aka Coretta L Harper<br>169 North Ave<br>Cedarville, NJ 08311 | Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br><span style="font-size:smaller">Unless not a participant in ECF</span><br>☐ Other:_____<br>(as authorized by the Court*) |