| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2017-2476<br><br>Powers Kirn, LLC<br>ecf@powerskirn.com<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000 |
|---|



Order Filed on December 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

| In Re:<br><br>Lamark Mack<br>aka Lamark Mack, Sr.<br>Coretta L. Mack<br>aka Coretta L. Harper |
|---|

Case No.: 17-14718-JNP

Hearing Date: 12/12/2017

Judge: Honorable Jerrold N. Poslusny, Jr.

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED:** December 19, 2017

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Lamark Mack
aka Lamark Mack, Sr. and Coretta L. Mack
aka Coretta L. Harper
Case No.: 17-14718-JNP
Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Shellpoint Mortgage Servicing servicing agent for MTGLQ Investors, L.P., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through November 1, 2017, in the sum of $3,310.61 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 5 | Payments @ | $667.40 | (07/01/2017 - 11/01/2017) | = | $3,337.00 |
| | Less suspense | $26.39 | | = | $-26.39 |
| | Arrears to Cure: | | | = | $3,310.61 |

2. Debtor(s) shall cure the post-petition arrears set forth above by making payment of $367.85 in addition to debtor's regular monthly mortgage payment for eight (8) months starting December 1, 2017 through July 1, 2018, as well as making a payment of $367.81 for one (1) month in August 1, 2018.

3. The mortgagee is awarded a counsel fee and costs of $531.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

4. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

5. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.