# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 17-14718 (JNP)**

Lamrak Mack and Coretta L. Mack  
169 North Avenue  
Cedarville, NJ  08311

Monthly Payment: $2,133.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/08/2017 | $1,000.00 | 05/08/2017 | $510.00 | 06/26/2017 | $1,510.00 | 08/16/2017 | $1,510.00 |
| 09/06/2017 | $1,510.00 | 11/01/2017 | $533.25 | 11/08/2017 | $533.25 | 11/15/2017 | $533.25 |
| 11/22/2017 | $533.25 | 11/28/2017 | $533.25 | 12/06/2017 | $533.25 | 12/13/2017 | $533.25 |
| 12/19/2017 | $533.25 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LAMRAK MACK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $2,960.00 | $2,960.00 | $0.00 | $2,960.00 |
| 1 | ANDREW SALVATORE LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PERITUS PORTFOLIO SERVICES | 24 | $26,574.07 | $1,798.19 | $24,775.88 | $1,220.01 |
| 3 | CORNERSTON COMMERCE CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CREDIT ACCEPTANCE CORPORATION | 24 | $8,421.80 | $1,553.05 | $6,868.75 | $1,392.76 |
| 5 | MARINER FINANCE, LLC | 24 | $16,125.00 | $1,091.14 | $15,033.86 | $740.30 |
| 6 | NORTHLAND GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CORETTA L MACK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CREDIT ACCEPTANCE CORPORATION | 33 | $2,218.20 | $0.00 | $2,218.20 | $0.00 |
| 14 | DEPARTMENT OF THE TREASURY | 28 | $7,673.48 | $0.00 | $7,673.48 | $0.00 |
| 15 | STATE OF NEW JERSEY | 28 | $4,858.00 | $0.00 | $4,858.00 | $0.00 |
| 16 | MTGLQ INVESTORS, LP | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 17 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $385.39 | $0.00 | $385.39 | $0.00 |
| 20 | AMERICAN INFOSOURCE, LP | 33 | $56.98 | $0.00 | $56.98 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | DEPARTMENT OF THE TREASURY | 33 | $25,945.73 | $0.00 | $25,945.73 | $0.00 |
| 25 | CAPITAL ONE, N.A. | 33 | $498.16 | $0.00 | $498.16 | $0.00 |
| 26 | LVNV FUNDING, LLC | 33 | $436.67 | $0.00 | $436.67 | $0.00 |
| 27 | MTGLQ INVESTORS, LP | 24 | $14,364.17 | $971.99 | $13,392.18 | $659.46 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | SETERUS, INC., AUTHORIZED SUBSERVICER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | STATE OF NEW JERSEY | 24 | $1,553.69 | $105.13 | $1,448.56 | $71.33 |
| 30 | MARINER FINANCE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $3,040.44 | $0.00 | $3,040.44 | $0.00 |
| 32 | CAPITAL ONE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | STATE OF NEW JERSEY | 33 | $8,678.68 | $0.00 | $8,678.68 | $0.00 |
| 34 | DIRECTV, LLC | 33 | $243.59 | $0.00 | $243.59 | $0.00 |
| 35 | DIRECTV, LLC | 33 | $578.07 | $0.00 | $578.07 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2017 | 5.00 | $0.00 |
| 09/01/2017 | Paid to Date | $6,040.00 |
| 10/01/2017 | 54.00 | $2,133.00 |
| 04/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $10,306.00 |
| Total paid to creditors this period: | $7,043.86 |
| Undistributed Funds on Hand: | $1,966.65 |
| Arrearages: | $2,666.25 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**